## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVON KAMARI GILL,<br><br>    Defendant. | Case No. 2:22-mj-00009-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 26, 2022 at the hour of 4:00 p.m., be vacated and continued to February 15, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 24th day of January 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3